**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

HERMAN A. C.,

        Plaintiff,

v.                                            No. 1:26-cv-01426-KRS

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

        Defendant.

### ORDER GRANTING PLAINTIFF'S FIRST  UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S BRIEF

**THIS MATTER** comes before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Plaintiff's Brief (the "Motion"), (Doc. 7), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff file his Motion to Reverse or Remand to the Agency no later than **September 28, 2026**.

**IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **October 28, 2026**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files his response.

**IT IS SO ORDERED** this 28th day of July, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE