**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

HERMAN A. C.,

Plaintiff,

v. No. 1:26-cv-01426-KRS

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

Defendant.

**ORDER GRANTING *NUNC PRO TUNC* PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME AND GRANTING DEFENDANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME**

**THIS MATTER** comes before the Court upon Plaintiff Victor M. V.'s ("Plaintiff") Second Motion for Extension of Time to File Plaintiff's Brief, (Doc. 9), and Amended Motion for Extension of Time to File Plaintiff's Brief, (Doc. 12), filed September 24, 2026, and October 6, 2026, respectively, as well as Defendant Frank Bisignano's ("Defendant") First Unopposed Motion for Extension of Time (the "Motion"), (Doc. 13), filed October 28, 2026 (collectively "Pending Motions"). Plaintiff and Defendant concur in the granting of the Pending Motions. (*See generally* Docs. 9, 12, 13). Having read the Pending Motions and being fully advised thereto, the Court hereby **GRANTS** the Pending Motions.

Plaintiff originally moved for a second unopposed extension to file his brief due to the parties' determination that the Administrative Record, (Doc. 6), was incomplete and missing relevant documents to Plaintiff's appeal. (Doc. 9 at 1). On October 6, 2026, Defendant filed an amended Administrative Record, (Doc. 10). Plaintiff, that same day, filed his Brief, (Doc. 11). Plaintiff then moved for the Court to grant *nunc pro tunc* the filing of Plaintiff's Brief, (Doc. 11). (*See* Doc. 12).

This Order now reflects the Court's ruling granting Plaintiff's Second Motion for Extension of Time to File Plaintiff's Brief, (Doc. 9), and Amended Motion for Extension of Time to File Plaintiff's Brief, (Doc. 12). Accordingly, Plaintiff's Brief, (Doc. 11), is thereby timely filed.

**IT IS THEREFORE ORDERED** that the foregoing motions are **GRANTED**:

1. Plaintiff's Second Motion for Extension of Time to File Plaintiff's Brief, (Doc. 9);
2. Plaintiff's Amended Motion for Extension of Time to File Plaintiff's Brief, (Doc. 12), and
3. Defendant's First Unopposed Motion for Extension of Time, (Doc. 13).

**IT IS FURTHER ORDERED** that Defendant file his Answer or otherwise respond to Plaintiff's Brief, (Doc. 11), no later than **January 4, 2027**.

**IT IS FURTHER ORDERED** that Plaintiff may file a reply, if any, fourteen (14) days after Defendant files his brief.

**IT IS SO ORDERED** this 10th day of November, 2026.

Kevin Sweazea

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE